Christopher M. Schierloh (CS-6644)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GOSS INTERNATIONAL AMERICAS, INC.,

        Plaintiff,                         07 Civ.

    - against -

INTERFRACHT CONTAINER OVERSEAS    **FRCP RULE 7.1**
SERVICE GmbH,                                   **DISCLOSURE STATEMENT**

        Defendant.
------------------------------------------------------------X

NOW comes plaintiff, GOSS INTERNATIONAL AMERICAS, INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

Goss International Americas, Inc. is a private company and is not publicly traded.

Dated: New York, New York
       April 10, 2007
       115-818

                                          CASEY & BARNETT, LLC
                                          Attorneys for Plaintiff

                           By: _____
                                 Christopher M. Schierloh (CS-6644)
                                 317 Madison Avenue, 21st Floor
                                 New York, New York 10017
                                 (212) 286-0225