```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  7/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GOSS INTERNATIONAL AMERICAS, INC.

        Plaintiff,

    - against -

INTERFRACHT CONTAINER OVERSEAS
SERVICE GmbH

        Defendant.

------------------------------------------------------------X

**07 Clv. 2985 (DLC)**

**NOTICE AND ORDER OF
VOLUNTARY
DISCONTINUANCE**

    IT IS HEREBY NOTICED that the above-captioned action, in accordance with

the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is

voluntary dismissed with prejudice and without costs, no party having answered or

otherwise appeared in the action.

Dated: New York, New York
     July 25, 2007
     115-818

                  CASEY & BARNETT, LLC
                  Attorneys for Plaintiff

          By:    _Martin F. Casey_

                  Martin F. Casey (MFC 1415)
                  317 Madison Avenue, 21st Floor
                  New York, New York 10017
                  (212) 286-0225

**SO ORDERED:**

U.S.D.J.

July 27, 2007